UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 8:19-cv-01256-TPB-AAS

SHARIKA MICHELLE WASHINGTON,

    Plaintiff,

v.

THE BANCORP BANK,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, with prejudice, of all claims asserted in this matter. Plaintiff, SHARIKA MICHELLE WASHINGTON, and Defendant, THE BANCORP BANK, hereby stipulate to the dismissal, with prejudice, of all claims made by Plaintiff against Defendant in this action, and respectfully request that the Court dismiss the above-styled case with prejudice and each party to bear their own legal fees and costs.

Dated:  September 22, 2020

By:  /s/ Craig L. Berman, Esq.
Craig L. Berman, Esq.
Florida Bar No: 68977
E-mail: craig@bermanlawpa.com
Berman Law Firm, PA
Plaza Tower – Suite 706
111 2nd Avenue, NE
St. Petersburg, FL 33701
Telephone: 727-550-8989
Facsimile: 727-894-6251
*Attorneys for Plaintiff*

By:  /s/ Jennifer M. Taylor, Esq.
Jennifer M. Taylor, Esq.
Florida Bar No: 0174203
E-mail: jtaylor@cozen.com
Cozen O'Connor
200 South Biscayne Blvd, Suite 3000
Miami, FL 33131
Telephone:  305-704-5944
Facsimile:  786-220-0207
*Attorneys for Defendant*